# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

|  |  |
|---|---|
| EMILY BAKER, as Parent and Natural Guardian, on behalf of L.M.B., a minor, ) ) ) ) | |
| Petitioner, ) ) | No. 19-289V |
| ) | Chief Special Master Dorsey |
| v. ) | ECF |
| ) | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, ) ) ) | |
| ) | |
| Respondent. ) ) | |

## **NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Vaccine Rule 14(b), please enter the appearance of IDA NASSAR as the attorney of record for respondent. Service of all papers upon respondent should be addressed as follows:

>Ida Nassar
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 146, Benjamin Franklin Station
>Washington, D.C. 20044-0146

>s/ Ida Nassar
>IDA NASSAR
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 146
>Benjamin Franklin Station
>Washington, D.C. 20044-0146
>Tel: (202) 616-4186
>E-mail: Ida.Nassar@usdoj.gov

DATED: February 27, 2019